Dr. Anita M. Barrow, Pro-Se and Superceding Attorney Of Record
101 Lakeshore Drive
Oakland, New Jersey 07436
Fax/Phone 201 337-7426

Clerk of the Court
Attention: Sherry
FAX: (973) 645-6659

Hon. John C. Lifland
US District Court House
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07102

MAR 10 2006

Hon. Mark Falk
US District Court House and Post Office, Room 9
50 Walnut Street
Newark, New Jersey 07102

Friday, March 10, 2006 via fax 973 645-3097 (1) Page

RE: Pending Exparte Emergency Motion For Assistance In Consummating Settlement In Compliance With Laws and Judiciary Rules Of the State Of New Jersey.
Civil Case Number: 2-02-cv-01940

## ATTENTION: Mr. Andrew, Heyman, Esquire

Dear Judge Lifland and Judge Falk:

This letter serves to notify the court that that I am requesting the court to withdraw the above aforementioned Motion filed on or about February 9, 2006. It is my understanding that the issues brought forth before the court in the instant motion have been clarified and resolved. The court shall be notified if any further clarification is needed.

Very Truly Yours,

*[signature]*

Anita M. Barrow, PhD
Superceding Attorney of Record